**Fill in this information to identify the case:**

Debtor 1     Richard P. Sambenedetto

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Ohio

Case number 1515847

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no.** (if known): 17

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2020

**New total payment:**
Principal, interest, and escrow, if any: $ 1078.67

**Last 4 digits** of any number you use to identify the debtor's account: 3 9 8 1

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

   Current escrow payment: $ 396.75     New escrow payment: $ 386.22

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change:

   Current mortgage payment: $ _____     New mortgage payment: $ _____

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/Donna Ruth Alexander  
Signature

Date 05/12/2020

Print: Alexander, Donna Ruth  
    First Name    Middle Name    Last Name

Title: Vice President Loan Documentation

Company: Wells Fargo Bank, N.A.

Address: MAC N9286-01Y  
    Number     Street  
1000 Blue Gentian Road  
Address 2  
Eagan     MN     55121-7700  
City     State     ZIP Code

Contact phone: 800-274-7025

Email: NoticeOfPaymentChangeInquiries@wellsfargo.com

# UNITED STATES BANKRUPTCY COURT

Northern District of Ohio

Chapter 13 No. 1515847
Judge: JESSICA E. PRICE SMITH

In re:

Richard P. Sambenedetto

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that this Notice, including all attachments, is being served on or before May 13, 2020 via filing with the US Bankruptcy Court's CM ECF system or by mailing or providing a copy of this document to a vendor for mailing: By U.S. Postal Service First Class Main Postage Prepaid or FedEx.

Debtor:     By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

Richard P. Sambenedetto
6871 Brandywine Rd

Parma Hts OH 44130


By U.S. Postal Service First Class Mail Postage Prepaid or FedEx

N/A


Debtor's Attorney:     By Court's CM/ECF system registered email address

Charles J. Van Ness

6181 Mayfield Road Suite 104

Mayfield Heights OH 44124


By Court's CM/ECF system registered email address

N/A


Trustee:     By Court's CM/ECF system registered email address

Lauren A. Helbling
Chapter 13 Trustee
200 Public Square Suite 3860

Cleveland OH 44114-2321

/s/Donna Ruth Alexander

Vice President Loan Documentation

Wells Fargo Bank, N.A.

RICHARD P SAMBENEDETTO
6871 BRANDYWINE RD
PARMA HEIGHTS OH 44130-4607

## Customer Service

 **Online**
wellsfargo.com

 **Telephone**
1-800-340-0473

 **Correspondence**
PO Box 10335
Des Moines, IA 50306

**Hours of operation**
Mon - Fri 7 a.m. - 7 p.m. CT

 **To learn more, go to:**
wellsfargo.com/escrow

We accept telecommunications relay service calls

---

*PLEASE NOTE: If you are presently seeking relief (or have previously been granted relief) under the United States Bankruptcy Code, this statement is being sent to you for informational purposes only. The summaries below are based on the terms of the loan and are provided for informational purposes only.*

These amounts are governed by the terms of the loan unless otherwise reduced by an order of the bankruptcy court. Because the amounts billed for the escrow items can change over time, we review the escrow account at least once per year to ensure there will be enough money to make these payments. Once the review is complete, we send the escrow review statement, also known as the escrow account disclosure statement.

Here's what we found:
- **Required minimum balance**: The escrow account balance is projected to be above the required minimum balance. This means there is an **overage**.

If payments required under the bankruptcy plan have not been made, any escrow overage will be held in the escrow account.

- **Payments**: As of the **July 1, 2020** payment, the contractual portion of the escrow payment **decreases**.

> The escrow account has an overage of
> **$46.28**

## Part 1 - Mortgage payment

### New Payment — The new total payment will be $1,078.67

|  | Previous payment through 06/01/2020 payment date | New payment beginning with the 07/01/2020 payment |
|---|---|---|
| **Principal and/or interest** | $692.45 | $692.45 |
| **Escrow payment** | $396.75 | $386.22 |
| **Total payment amount** | $1,089.20 | $1,078.67 |

### No action required

Starting **July 1, 2020** the new contractual payment amount will be **$1,078.67**

**See Page 2 for additional details.**

To determine the escrow payment, we add the projected escrow items to be paid over the next 12 months. We base these projected amounts on any escrow items that may have been paid in the past and any future anticipated payments to be made. We then divide the amounts by 12 payments to determine the escrow amount.

The chart below includes any actual escrow disbursements as well as any shortage that may have been identified for the past three analysis periods up through the date of the analysis.

## Escrow comparison

|  | 07/17 - 06/18 (Actual) | 07/18 - 06/19 (Actual) | 07/19 - 05/20 (Actual) | 07/20 - 06/21 (Projected) |  | # of months |  | New monthly escrow amount |
|---|---|---|---|---|---|---|---|---|
| Property taxes | $3,689.94 | $3,726.94 | $1,853.36 | $3,706.72 | ÷ | 12 | = | $308.89 |
| Property insurance | $913.00 | $941.00 | $928.00 | $928.00 | ÷ | 12 | = | $77.33 |
| Total taxes and insurance | $4,602.94 | $4,667.94 | $2,781.36 | $4,634.72 | ÷ | 12 | = | $386.22 |
| Escrow shortage | $5.16 | $142.58 | $93.00 | $0.00 |  |  |  |  |
| Total escrow | $4,608.10 | $4,810.52 | $2,874.36 | $4,634.72 |  |  |  | $386.22 |

## Projected escrow account activity over the next 12 months

To determine if there will be a shortage or overage in the account, we calculate whether the amount of the lowest projected escrow balance will be greater or less than the required minimum balance. This is determined by subtracting the required minimum balance from the lowest projected balance. If the outcome is positive, there is an overage. If it is negative, there is a shortage. The calculation is below:

| | | |
|---|---|---|
| Lowest projected escrow balance August, 2020 | $505.96 | (Calculated in Part 3 - Escrow account projections table) |
| Bankruptcy adjustment[‡]  + | $312.76 | |
| Minimum balance for the escrow account[†]  - | $772.44 | (Calculated as: $386.22 X 2 months) |
| **Escrow overage**  = | $46.28 | |

[‡]This adjustment of $312.76, is the remaining amount of the pre-petition escrow shortage included in our proof of claim being paid through the confirmed bankruptcy plan.

[†]The minimum balance includes a cash reserve to help cover any increase in taxes and/or insurance. To calculate the cash reserve for the escrow account, we add the yearly escrow payments, and divide by 12. We take this amount and multiply it by 2 as allowed by state laws and/or the mortgage contract to determine the cash reserve.

| Date | Payments to escrow | expect to pay out | Description | Projected escrow balance | Balance required in the account |
|---|---|---|---|---|---|
| Jun 2020 | | | Starting balance | $661.52 | $928.00 |
| Jul 2020 | $386.22 | $0.00 | | $1,047.74 | $1,314.22 |
| Aug 2020 | $386.22 | $928.00 | STATE FARM INS | **$505.96** | **$772.44** |
| Sep 2020 | $386.22 | $0.00 | | $892.18 | $1,158.66 |
| Oct 2020 | $386.22 | $0.00 | | $1,278.40 | $1,544.88 |
| Nov 2020 | $386.22 | $0.00 | | $1,664.62 | $1,931.10 |
| Dec 2020 | $386.22 | $0.00 | | $2,050.84 | $2,317.32 |
| Jan 2021 | $386.22 | $1,853.36 | CUYAHOGA COUNTY(A)(5) | $583.70 | $850.18 |
| Feb 2021 | $386.22 | $0.00 | | $969.92 | $1,236.40 |
| Mar 2021 | $386.22 | $0.00 | | $1,356.14 | $1,622.62 |
| Apr 2021 | $386.22 | $0.00 | | $1,742.36 | $2,008.84 |
| May 2021 | $386.22 | $0.00 | | $2,128.58 | $2,395.06 |
| Jun 2021 | $386.22 | $1,853.36 | CUYAHOGA COUNTY(A)(5) | $661.44 | $927.92 |
| Totals | $4,634.64 | $4,634.72 | | | |

# Part 4 - Escrow account history

## Escrow account activity from July, 2019 to June, 2020

| Date | Deposits to escrow | | | Payments from escrow | | | Description | Escrow balance | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Projected | Difference | Actual | Projected | Difference | | Actual | Projected | Difference |
| Jul 2019 | | | | | | | Starting Balance | -$1,442.06 | $941.00 | -$2,383.06 |
| Jul 2019 | $395.46 | $389.00 | $6.46 | $928.00 | $0.00 | $928.00 | STATE FARM INS | -$1,974.60 | $1,330.00 | -$3,304.60 |
| Aug 2019 | $395.46 | $389.00 | $6.46 | $0.00 | $941.00 | -$941.00 | STATE FARM INS | -$1,579.14 | $778.00 | -$2,357.14 |
| Sep 2019 | $395.46 | $389.00 | $6.46 | $0.00 | $0.00 | $0.00 | | -$1,183.68 | $1,167.00 | -$2,350.68 |
| Oct 2019 | $395.46 | $389.00 | $6.46 | $0.00 | $0.00 | $0.00 | | -$788.22 | $1,556.00 | -$2,344.22 |
| Nov 2019 | $395.46 | $389.00 | $6.46 | $0.00 | $0.00 | $0.00 | | -$392.76 | $1,945.00 | -$2,337.76 |
| Dec 2019 | $396.75 | $389.00 | $7.75 | $0.00 | $0.00 | $0.00 | | $3.99 | $2,334.00 | -$2,330.01 |
| Jan 2020 | $396.75 | $389.00 | $7.75 | $0.00 | $1,863.47 | -$1,863.47 | CUYAHOGA COUNTY(A)(5) | $400.74 | $859.53 | -$458.79 |
| Jan 2020 | $0.00 | $0.00 | $0.00 | $1,853.36 | $0.00 | $1,853.36 | CUYAHOGA COUNTY(A)(5) | -$1,452.62 | $859.53 | -$2,312.15 |
| Feb 2020 | $793.50 | $389.00 | $404.50 | $0.00 | $0.00 | $0.00 | | -$659.12 | $1,248.53 | -$1,907.65 |
| Mar 2020 | $396.75 | $389.00 | $7.75 | $0.00 | $0.00 | $0.00 | | -$262.37 | $1,637.53 | -$1,899.90 |
| Apr 2020 | $396.75 | $389.00 | $7.75 | $0.00 | $0.00 | $0.00 | | $134.38 | $2,026.53 | -$1,892.15 |
| May 2020 (estimate) | $1,983.75 | $389.00 | $1,594.75 | $0.00 | $0.00 | $0.00 | | $2,118.13 | $2,415.53 | -$297.40 |
| Jun 2020 (estimate) | $396.75 | $389.00 | $7.75 | $1,853.36 | $1,863.47 | -$10.11 | CUYAHOGA COUNTY(A)(5) | $661.52 | $941.06 | -$279.54 |
| Totals | $6,738.30 | $4,668.00 | $2,070.30 | $4,634.72 | $4,667.94 | -$33.22 | | | | |